Docketed as Motion of Reduce Sentence W 18.3582 per Chambers

RECEIVED
FEB 0 6 2008
J. PHIL GILBERT
U.S. DISTRICT JUDGE
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

Dear Honorable Judge J. Phil Gilbert,

I pray this letter will reach you, finding you in good health, and soaring of spirits. I hope the New Year brings you an abundance of health, happiness, and prosperity.

My name is James Lesure, I am currently incarcerated at FCI Pekin in Pekin, Illinois. My case number is 4:01-CR-40017-001. I know and understand how busy you are so I will get right to the point of why I am writing you.

I grew up in a single parent home raised by my mother. We moved into a gang infested project. Being young my brother and myself had no say so when the sole provider of our home felt the need to move. Everyday going to school was a dangerous adventure. Some days my brother and I did not think we would make it home. Just wearing the wrong colors could mean life or death. The project I lived in was occupied by the Gangster Disciples or GD's. A few blocks up was the Vice Lords. The school we attended was the Latin Kings. So just imagine fighting everyday just to go to school and also to get back home. I endured all of this for years. I graduated from high school. I even went to college. It was a struggle but I preserved and navigated myself through all the madness. I was 18 years of age and never took a drink or experience any drugs. My mother worked and I had to take care of my brother and two sisters. When I went to college my brother was already into deep. I kept asking my mother to allow me to come home and get him. She refused and after a few months I called home and he was dead. My best friend and only brother was dead. I gave up on myself and life and stop believing in anything including myself. I begin to drink and do drugs.

I felt the drinking and drugs numbed my pain. Shortly after that I began to sell drugs. Out of my hurt and my pain I become the person I did not want my brother nor myself to be. My actions led me to prison with a lot of time. For a couple of years I blamed everybody. I blamed society, I blamed the ones who testified on the stand against me. The only one I did not blame was myself. When I finally looked into the mirror and took full responsibility for my actions, I became a man. That is when the true change began to take place. I had to stop blaming and man-up so that I could grow past the pain and evolve into the person I am suppose to be. So I started educating myself and taking college courses:

* I took Artist in Residence Program 4-15-02 to 5-22-02
* I took Parenting from a Distance 7-29-02 to 9-24-02
* I took Stationary Making ACE class 7-1-02 to 9-23-02
* I took Basic Electricity ACE class 1-6-03 to 3-25-03
* I took Principles of Marketing Illinois Community College credit points 6-9-03 to 7-31-03
* I took Principles of Management college course 6-10-03 to 7-31-03
* I took Small Business Management college course 8-25-03 to 12-9-03
* I took Business Math college course 8-27-03 to 12-11-03
* I took Personal Management college course 8-28-03 to 12-12-03
* I took Machine Shop 9-17-02 to 2-11-04
* I took Data Processing college course 1-21-04 to 5-12-04
* I took Accounting 105 college course 1-26-04 to 6-9-04
* I took English 105 college course 1-21-04 to 6-10-04
* I took the entire Small Business Management course through Illinios Central College from 6-23-04 to 6-23-05 which I graduated the certificate program offered through the school.

This is who I am! Not the same person who came through these doors. I have also joined a program called Promises, which I talk to at-risk youth who visit the institution.

It does not take 20 years for me to understand that I made a an awful choice in life. I know that being a judge your hands were tied down to the guidelines when a person was sentenced in your court

room.  Now the power is in your hands once again.  God has forgiven
me.  I have forgiven myself.  My family has forgiven me.  Now I am
asking for the forgiveness of the court who sentence me.  Give me
a oppurtunity to become a useful member of society.  And never again
return to being a cancer of the state.  Allow me the oppurtunity to
help build up and reconstruct what I tore down.  I have no value
to society here.  With your help in reducing my time I will show how
valuable I will be in society.

*James Lesure* 09975-041
James Lesure, #09975-041
P.O. Box 5000
Pekin, Illinois 61555-5000

```
    PEKD5           *         INMATE EDUCATION DATA        *      01-10-2008
    PAGE 001 OF 001 *              TRANSCRIPT              *      15:35:39

    REGISTER NO: 09975-041    NAME..: LESURE                  FUNC: PRT
    FORMAT.....: TRANSCRIPT   RSP OF: PEK-PEKIN FCI

    ------------------------------ EDUCATION INFORMATION ------------------------------
    FACL ASSIGNMENT DESCRIPTION                  START DATE/TIME STOP DATE/TIME
    PEK  ESL HAS    ENGLISH PROFICIENT           04-23-2002 0759 CURRENT
    PEK  GED HAS    COMPLETED GED OR HS DIPLOMA  05-06-2002 0001 CURRENT

    ------------------------------- EDUCATION COURSES --------------------------------
    SUB-FACL    DESCRIPTION                 START DATE  STOP DATE  EVNT AC LV  HRS
    PEK         SMALL BUSINESS MANG. CERT- 1YR 06-23-2004 06-23-2004  P  C  C  384
    PEK         ENGLISH 105 - AOE             01-21-2004 06-10-2004  C  C  P    0
    PEK         ACCOUNTING 105 - AOE          01-26-2004 06-09-2004  C  C  P    0
    PEK         DATA PROCESSING - AOE-WED.    01-21-2004 05-12-2004  C  C  P    0
    PEK         MACHINE 12:30-3:45P M-F FCI SS 09-17-2002 02-11-2004 P  C  M  800
    PEK         PERSONNEL MANG. - AOE         08-28-2003 12-12-2003  C  C  P    0
    PEK         BUSINESS MATH - AOE           08-27-2003 12-11-2003  C  C  P    0
    PEK         SMALL BUS. MANG. -AOE         08-25-2003 12-09-2003  C  C  P    0
    PEK         PRINCIPLES OF MANAGEMENT- AOE 06-10-2003 07-31-2003  C  C  P    0
    PEK         PRIN. OF MARKET - AOE         06-09-2003 07-31-2003  C  C  P    0
    PEK         BASIC ELECTRICITY- ACE        01-06-2003 03-25-2003  P  C  P   24
    PEK         STATIONERY MAKING-ACE         07-01-2002 09-23-2002  P  C  P   24
    PEK         PAR DIS 8:30-10:30 AM MON/THUR 07-29-2002 09-24-2002 P  C  P   24
    PEK         ARTIST-IN-RESIDENCE PROGRAM   04-15-2002 05-22-2002  P  C  P   16
```

Case Number 4:01CR40017-001
I've also held the same job for 5½ years, since I been here at Pekin.

G0000      TRANSACTION SUCCESSFULLY COMPLETED