UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JAMES D. LESURE,<br><br>    Defendant. | Case No. 01-cr-40017-JPG-01 |

### MEMORANDUM AND ORDER

In light of the Court's judgment in *Lesure v. United States*, Case No. 16-732-JPG, vacating the judgment in this case, the Court:

- **ORDERS** that pursuant to 18 U.S.C. § 3143(a) the defendant shall be **COMMITTED** to the custody of the United States Marshal for confinement in a corrections facility pending resentencing;

- **APPOINTS** the Federal Public Defender ("FPD") to represent Lesure in his resentencing pursuant to 18 U.S.C. § 3006A. The Court has considered the conflict of interest presented by this representation in light of the FPD's representation of at least one other individual related to Lesure's criminal charges and has found that Lesure has waived the conflict and that, in light of the limited issues before the Court at Lesure's resentencing, there is no reason not to accept that waiver;

- **RECOGNIZES** that, in anticipation of Lesure's resentencing, the Probation Office has revised the relevant parts of Lesure's Sentencing Guidelines calculation in light of *Johnson v. United States*, 135 S. Ct. 2551 (2015), and *Cross v. United States*, 892 F.3d 288 (7th Cir. 2018), and Sentencing Guideline amendments since Lesure's original sentencing (Attachment to Lesure's Amended § 2255 Motion, Doc. 5, Case No. 16-cv-

732-JPG). The Probation Office has also prepared and distributed recommended conditions of supervised release in compliance with recent caselaw regarding the imposition of conditions of supervised release;

- **ORDERS** a resentencing hearing to be held forthwith; and
- **DIRECTS** the Clerk of Court to fax a copy of (1) this order, (2) the judgment in *Lesure v. United States*, Case No. 16-732-JPG, and (3) the forthcoming amended judgment in this case to the Warden at FCI-Texarkana at 903-223-4424.

**IT IS SO ORDERED.**
**DATED: November 28, 2018**

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**