IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| USA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JAMES D. LESURE,<br><br>　　　　Defendant. | Case No.: 01-40017-1 JPG |

## ORDER

THIS MATTER is before the Court on defendant's pro se motion for early termination of supervised release (doc. 663). The Court having been fully advised in the premises finds that the motion is hereby granted, pending no violations between now and December 1, defendant James D. Lesure's term of supervised release will be terminated effective December 1, 2021.

**IT IS SO ORDERED.**
**DATED: June 17, 2021**

　　　　　　　　　　　　　　　　　　　　*s/J. Phil Gilbert*
　　　　　　　　　　　　　　　　　　　　**J. PHIL GILBERT**
　　　　　　　　　　　　　　　　　　　　**DISTRICT JUDGE**